UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSONALWEB, | No. C 13-01359-EJD |
| | No. C 13-04112-EDL |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE |
| NETAPP INC., | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

     Please take notice that these two civil cases are in fact the same, and therefore, will be merged into the first assigned case number, **C 13-01359-EJD.**  Please use this number for any future filings and communications with the court on this matter.  Civil case number C 13-04112-EDL will be terminated.

Dated:  September 16, 2013

Richard W. Wieking, Clerk

by:  _____
        Snooki Puli
        Deputy Clerk

**United States District Court**
For the Northern District of California